UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:25-cr-285-MOC |
| | ) | |
| v. | ) | **BILL OF INDICTMENT** |
| | ) | |
| CHRISTOPHER MCLEAN | ) | Violations: 18 U.S.C. §§ 2113(a) and (d) |
| | ) | 18 U.S.C. § 924(c) |

THE GRAND JURY CHARGES:

## COUNT ONE
*(Bank Robbery)*

On or about March 26, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**CHRISTOPHER MCLEAN,**

by force, violence, and intimidation, did take from the person and presence of another, a sum of money belonging to and in the care, custody, control, management, and possession of Fifth Third Bank, located at 2822 South Boulevard, Unit D2, in Charlotte, North Carolina, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, did assault a person and did put in jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm.

In violation of Title 18, United States Code, Sections 2113(a) and (d).

## COUNT TWO
*(Possession and Brandishing a Firearm in Furtherance of a Crime of Violence)*

On or about March 26, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**CHRISTOPHER MCLEAN,**

did knowingly possess a firearm in furtherance of a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, Bank Robbery, in violation of 18 U.S.C. § 2113, as set forth in Count One of this Bill of Indictment, incorporated by reference herein.

It is further alleged that the firearm was brandished, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

All in violation of Title 18, United States Code, Section 924(c).

## COUNT THREE
### *(Attempted Bank Robbery)*

On or about April 17, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

## CHRISTOPHER MCLEAN,

by force, violence, and intimidation, did attempt to take from the person or presence of another, a sum of money belonging to and in the care, custody, control, management, and possession of Truist Bank, located at 2222 South Boulevard in Charlotte, North Carolina, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Sections 2113(a).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). Under Section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 18 U.S.C. § 981 and all specified unlawful activities listed or referenced in 18 U.S.C. § 1956(c)(7), which are incorporated as to proceeds by Section 981(a)(1)(C). The following property is subject to forfeiture in accordance with Section 924 and/or 2461(c):

a.     All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b.     All firearms and ammunition involved or used in such violations; and

c.     If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a) and (b).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a.     A forfeiture money judgment in the amount of at least $30,000.00, such amount constituting the proceeds of the violations set forth in this bill of indictment.

A TRUE BILL:

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

NICK J. MILLER
ASSISTANT UNITED STATES ATTORNEY